IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02269-WDM-MEH

ADONIS ROBINSON,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 30, 2008.

                                     BY THE COURT:

                                       s/ Walker D. Miller
                                       United States District Judge

PDF FINAL